JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GLAFIRO GONZALEZ,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

Case No. 5:25-cv-2669-MRA (SK)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Grant Defendant's Motion to Dismiss Plaintiff's Complaint, **IT IS ADJUDGED** that this action is dismissed.

DATED: September 30, 2026

MONICA RAMIREZ ALMADANI
United States District Judge